IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-693-FL

| | |
|---|---|
| HRI, Inc. d/b/a HRI Bridge Company, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| The Louis Berger Group, Inc., | ) ) |
| Defendant. | ) ) |

## **CONSENT ORDER**

This Court has reviewed the parties' Consent Motion to Compel Arbitration and to Stay the Action, and has been advised by the counsel for the parties in this case that the parties have agreed to binding arbitration for the purpose of resolving the matters involved in this case and to a stay of this action pending completion of the arbitration. Counsel for the parties have further advised the Court that binding arbitration is to be conducted pursuant to the terms of a private arbitration agreement to be entered into between the parties. Accordingly, by and with the consent of counsel for the parties,

**IT IS HEREBY ORDERED** that this action is stayed pending the completion of binding arbitration between the parties. The parties will notify the Court of any settlement of this matter or of the results of the arbitration so that the Court can take whatever further action may be appropriate at that time, to include judicial confirmation of the award and/or the dismissal of this action. The Court reserves jurisdiction to issue such orders in this action as may be necessary and permitted by law.

**AND IT IS SO ORDERED.**

_____
The Honorable Louise W. Flanagan
United States District Court Judge
Eastern District of North Carolina

Date: February 10, 2015

**CONSENTED TO BY:**

| /s/William R. Sparrow | /s/Joseph C. Moore, III |
|---|---|
| William R. Sparrow | Joseph C. Moore, III |
| NCSB: 34223 | NCSB: 6302 |
| Email: sparrow@buggwolf.com | Email: jodymoore@aol.com |
| Bugg & Wolf, P.A. | Allen, Moore & Rogers, L.L.P. |
| P.O. Box 2917 | P.O. Box 18627 |
| Durham, North Carolina 27715 | Raleigh, NC 27619 |
| (919) 383-9431 Telephone | (919)783-8023 Telephone |
| (919) 383-9771 Facsimile | (919)783-8282 Facsimile |
| *Attorneys for HRI, Inc.* | *Attorneys for The Louis Berger Group, Inc.* |